# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**ENGINEERS, JOINT WELFARE, PENSION, SUPPLEMENTAL UNEMPLOYMENT BENEFIT AND TRAINING FUNDS, by Daniel Harrigan, as Administrator, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief Executive Officer, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL UNION 17, by Mark N. Kirsch, as Business Manager**

vs.    **CASE NUMBER: 5:08-CV-294 (NAM/DEP)**

**STS CONSTRUCTION OF WNY, INC., and TIMOTHY P. SUCH, Individually and as an Officer of STS Construction of WNY, Inc.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiffs' motion for Default Judgment is granted; it is further ordered that plaintiffs are awarded default judgment against defendants STS Construction of WNY, Inc., and Timothy P. Such for the sum of $83,990.77, representing $60,701.24 in contributions and deductions, $7,752.11 in interest through July 1, 2008, $10,536.52 in liquidated damages, for a total of $78,989.87, plus $5,000.90 in attorneys' fees and costs through June 19, 2008.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 26th day of November, 2008.

DATED: November 26, 2008

*Lawrence K. Baerman*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk